UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARK FLOWERS,

    Plaintiff,

v.     Case No: 6:23-cv-2365-JSS-RMN

VOLUSIA COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

The parties have filed a joint stipulation of dismissal with prejudice contemplating that each party will bear its own fees and costs. (Dkt. 22.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). Rule 41(a)(1)(A)(ii) "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Here, only Plaintiff and Defendant signed the stipulation, (*see* Dkt. 22 at 1–2), but the docket reflects that other parties appeared and were terminated from the case. Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are not met. Dismissal under Rule 41(a)(1)(A)(i) is likewise inappropriate because Defendant filed an answer (Dkt. 9). *See* Fed. R. Civ. P. 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by

filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .")

"Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The court considers the terms set forth in the joint stipulation (Dkt. 22) to be proper and orders dismissal under Rule 41(a)(2).

Accordingly:

1. This action is **DISMISSED with prejudice**.
2. Each party shall bear its own fees and costs.
3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on May 8, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record